UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CABRERA,

        Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,

        Defendant.

---

Case No. 07-CIV-9935

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

## STIPULATION AND PROPOSED ORDER

Plaintiff Juan Cabrera and Defendant Boston Scientific Corporation, by and through their undersigned counsel, hereby stipulate to the following:

1. Plaintiff filed this action on November 9, 2007.

2. Defendant's last day to answer, move or otherwise respond to the complaint shall be extended to January 11, 2008.

3. The parties have not sought any previous extension of Defendant's answering deadline.

4. Defendant waives the affirmative defense of lack of personal jurisdiction.

Dated: New York, New York
      December 7, 2007

                              Respectfully submitted,

                              KAYE SCHOLER LLP

                              By: _____
                                  Steven Glickstein
                                  James D. Herschlein
                                  Angela R. Vicari
                                  425 Park Avenue

31573641.DOC

New York, New York 10022
(212) 836-8000

*Attorneys for Defendant*

**BONINA & BONINA, P.C.**

By: _____
Amy Insler
16 Court Street, Suite 1800
Brooklyn, NY 11241
(718) 522-1786

*Attorneys for Plaintiff*

SO ORDERED: _____, 2007

_____
Hon. Leonard B. Sand
United States District Judge

31573641.DOC           2