UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN CABRERA,

                          Plaintiffs,

                                                    **AFFIDAVIT OF SERVICE**

      -against-

                                                    Index # 07-civ-9935

BOSTON SCIENTIFIC CORPORATION,

                          Defendants,
------------------------------------------------------------X

      Annexed hereto please find the following:

1)      Affidavit of **Jessica Miller** indicating that on November 20, 2007 at 2:00 PM, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed **Summons and Verified Complaint on Boston Scientific Corporation** by serving two (2) true copies upon **Carol Vogt**, an authorized agent in the Office of the Secretary of State, of the State of New York personally at the Office of the Secretary of State of the State of New York. She was a white skin female, approximately 43 years of age, approximately 118 pounds with brown hair and approximately 5 feet tall.


Dated:  Brooklyn, New York
          December 20 2007

      I have read the foregoing and I certify that, upon information and belief, the source of which is the review of a file maintained by my office, that the foregoing Affidavit of Service is not frivolous as defined in subsection (c) of Section 130-1.1 of the rules of the Chief Administrator.

                                                     AMY INSLER, ESQ.
                                                     BONINA & BONINA, P.C.
                                                     Attorneys for Plaintiff(s)
                                                     16 Court Street Suite 1800
                                                     Brooklyn, New York 11241
                                                     718 522-1786

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07-civ-9935                                                             Purchased/Filed: November 9, 2007

STATE OF NEW YORK       UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*Juan Cabrera*       Plaintiff

against

*Boston Scientific Corporation*       Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY       SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____November 20, 2007_____, at __2:00 p.m.__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Verified Complaint
                                                                                                                                          on

_____Boston Scientific Corporation_____, the

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section  306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__  
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this

__23rd__ day of _____November, 2007_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0709732

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

**INDEX NO.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CABRERA,

                                                                                        Plaintiffs,

-against-

BOSTON SCIENTIFIC CORPORATION,

                                                                                        Defendants,

## AFFIDAVIT OF SERVICE

**BONINA & BONINA, P.C.**
Attorneys for *Plaintiff(s)*
16 Court Street, Suite 1800
Brooklyn, NY 11241
Tele. No.: (718) 522-1786
Fax No.: (718) 243-0414

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

Dated: December 6, 2007          Signature _____
                                  Print Signer's Name:   **TYRONE SERGIO, ESQ.**

*Service of a copy of the within*                                              *is hereby admitted.*

*Dated:*

                                           *Attorney(s) for*

***PLEASE TAKE NOTICE***

☐ NOTICE OF ENTRY
  *that the within is a (certified) true copy of a*
  *entered in the office of the clerk of the within named Court on*

☐ NOTICE OF SETTLEMENT
  *that a        of which the within is a true copy*
  *will be presented for settlement to the Hon.      , one of the judges of the*
  *within named Court,* at Supreme,         on        ,

Dated:

                                           **BONINA & BONINA, P.C.**
                                           *Attorneys for Plaintiff(s)*
                                           16 COURT STREET
                                           BROOKLYN, N.Y. 11241