UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

JUAN CABRERA,                                  :
                                               :
                              Plaintiff,       :
                                               :        Case No. 07-CIV-9935
v.                                             :
                                               :
BOSTON SCIENTIFIC CORPORATION,                 :
                                               :
                              Defendant.       :

------------------------------------------------------------------ x

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Boston Scientific Corporation states

that it is a publicly held corporation, it has no parent corporation, and no publicly held

corporation owns 10% or more of its stock.

Dated: New York, New York
       January 11, 2008

_____
James D. Herschlein
Angela R. Vicari
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000
Fax: (212) 836-6455


Ashley P. Nichols
Christopher T. Byrd
WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC
950 East Paces Ferry Rd., Suite 3000
Atlanta, GA  30326
(404) 876-2700
Fax: (404) 875-9433

*Attorneys for Defendant*
*Boston Scientific Corporation*

31591365.DOC