SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Cabrera                Plaintiff,

- against -

Boston Scientific           Defendant.
Corporation

_7_ cv _9935_ (CM)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Angela R. Vicari a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Christopher T. Byrd
Firm Name:          Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Address:            950 East Paces Ferry Road, Suite 3000
City/State/Zip:     Atlanta, Georgia 30326
Phone Number:       (404) 832-9546
Fax Number:         (404) 875-9433

Christopher T. Byrd   is a member in good standing of the Bar of the States of Georgia and Nevada

There are no pending disciplinary proceeding against Christopher T. Byrd in any State or Federal court.

Dated:       1/16/2008
City, State: New York, New York

Respectfully submitted,

Sponsor's       Angela R. Vicari
SDNY Bar        AV9329
Firm Name:      Kaye Scholer LLP
Address:        425 Park Avenue
City/State/Zip: New York, NY 10022
Phone Number:   212-836-7408
Fax Number:     212-836-6495

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JUAN CABRERA,                                                    :
                                                                 :
       Plaintiff,              :  Case No. 07-CIV-9935
                                                                 :
v.                                                               :  AFFIDAVIT OF
                                                                 :  ANGELA R. VICARI
BOSTON SCIENTIFIC CORPORATION,                                   :  IN SUPPORT OF MOTION
                                                                 :  TO ADMIT COUNSEL
       Defendant.              :  PRO HAC VICE
---------------------------------------------------------------- x

State of New York   )
         ) ss:
County of New York  )

Angela R. Vicari, being duly sworn, hereby deposes and says as follows:

1.  I am an Associate at Kaye Scholer LLP, counsel for Defendant Boston Scientific Corporation ("BSC") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Christopher T. Byrd as counsel pro hac vice to represent BSC in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 17, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Mr. Byrd since 2006.

4.  Mr. Byrd is a Partner at Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC in Atlanta, Georgia.

5.  Mr. Byrd is a member in good standing of the Bar of the States of Georgia and Nevada. Certificates of Good Standing for Mr. Byrd from the State Bar of Georgia and the State Bar of Nevada are attached hereto as Exhibits A and B.

6.  I have found Mr. Byrd to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7.  Accordingly, I am pleased to move the admission of Mr. Byrd, pro hac vice.

8.  I respectfully submit a proposed order granting the admission of Mr. Byrd, pro hac vice, which is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Christopher T. Byrd, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: January 16, 2008
      New York, New York

Respectfully submitted,

*[signature]*

Angela R. Vicari
SDNY Bar Code: AV9329

Sworn to before me
this 16 day of January, 2008

*[signature]*
Notary Public

CYNTHIA M. ALBERT
Notary Public, State of New York
No. 01AL6003235
Qualified In Westchester County
Certificate Filed In New York County
Commission Expires February 23, 2010

31592406.DOC      2

# EXHIBIT A

Case 1:07-cv-09935-CM    Document 11    Filed 01/16/2008    Page 4 of 10

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Christopher T. Byrd
Weinberg Wheeler Hudgins Gunn & Dial LLC
950 E. Paces Ferry Rd., Suite 3000
Atlanta, GA  30326

**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     11/22/2002

**Attorney Bar Number:**     100854

Today's Date:    December 19, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
  -Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
  -Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law
   in the State of Georgia.
  -Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court.  Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Judy Hill*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ∎ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ∎ (800) 330-0446
FAX (229) 382-7435

# EXHIBIT B

# State Bar of Nevada

## Certificate of Good Standing

**IT IS HEREBY CERTIFIED** that ***Christopher T. Byrd***

(Bar Number 6582) was admitted by the Supreme Court of the State of Nevada

on 10/14/1998 and is an **Active** member of the State Bar of Nevada

in good standing and is duly licensed to practice law as an Attorney and Counselor

at Law in all courts of the State of Nevada.

DATED this Thursday, December 13, 2007.



Suzanne Walters
Member Services Assistant
State Bar of Nevada

# EXHIBIT C

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Cabrera                                              Plaintiff,

                                                                                    7    cv   9935    ( CM )

            - against -
Boston Scientific Corporation           Defendant.                    **ORDER FOR ADMISSION**
                                                                                        **PRO HAC VICE**
                                                                                        **ON WRITTEN MOTION**

Upon the motion of  Angela R. Vicari       attorney for   Boston Scientific Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Applicant's Name:   Christopher T. Byrd

  Firm Name:          Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC

  Address:            950 East Paces Ferry Road, Suite 3000

  City/State/Zip:     Atlanta, Georgia 30326

  Telephone/Fax:      (404) 832-9546

  Email Address:      (404) 875-9433

is admitted to practice pro hac vice as counsel for   Boston Scientific Corporation   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day January, 2008, the foregoing was served via First Class U.S. mail, postage prepaid, on the following counsel or parties:

Amy Insler
BONINA & BONINA, P.C.
16 Court Street, Suite 1800
Brooklyn, NY 11241

                                                                                /s/ Angela R. Vicari
                                                                                    Angela R. Vicari

31592412.DOC