*McMahon, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JUAN CABRERA,

              Plaintiff,

v.                                       Case No. 07-CIV-9935 (CM)(AJP)

BOSTON SCIENTIFIC CORPORATION,

              Defendant.
------------------------------------------------------------- x

### STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS

Plaintiff Juan Cabrera and Defendant Boston Scientific Corporation ("BSC"), by and through their undersigned counsel, hereby stipulate to the following:

1. This is a products liability action in which Plaintiff alleges that he was injured by the TAXUS™ Express2™ Paclitaxel-Eluting Coronary Stent System, a medical device manufactured by BSC.

2. Currently pending before the Supreme Court of the United States is the matter of *Riegel v. Medtronic, Inc.*, No. 06-179, in which the Court will consider whether the express preemption provision of the Medical Device Amendments to the Food, Drug, and Cosmetic Act, 21 U.S.C. § 360k(a), preempts state-law claims seeking damages for injuries caused by medical devices that received premarket approval from the Food and Drug Administration.

3. Accordingly, the parties agree that this action should be stayed pending resolution of the *Riegel* case by the Supreme Court.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

31597077.DOC

Dated: January 24, 2008
       New York, New York

>Respectfully submitted,
>
>**KAYE SCHOLER LLP**
>
>By: *[signature]*
>Steven Glickstein
>James D. Herschlein
>Angela R. Vicari
>425 Park Avenue
>New York, New York 10022
>(212) 836-8000
>
>Ashley P. Nichols (pro hac pending)
>Christopher T. Byrd (pro hac pending)
>WEINBERG, WHEELER,
>HUDGINS, GUNN & DIAL, LLC
>950 East Paces Ferry Rd., Suite 3000
>Atlanta, GA 30326
>(404) 876-2700
>Fax: (404) 875-9433
>
>*Attorneys for Defendant*
>
>**BONINA & BONINA, P.C.**
>
>By: _____
>Amy Insler
>16 Court Street, Suite 1800
>Brooklyn, NY 11241
>(718) 522-1786
>
>*Attorneys for Plaintiff*

SO ORDERED: 25 Jan_____, 2008

*[signature]*
Hon. Colleen McMahon
United States District Judge

31597077.DOC                                     2

Dated: January 24, 2008
New York, New York

Respectfully submitted,

**KAYE SCHOLER LLP**

By: _____
Steven Glickstein
James D. Herschlein
Angela R. Vicari
425 Park Avenue
New York, New York 10022
(212) 836-8000

Ashley P. Nichols (pro hac pending)
Christopher T. Byrd (pro hac pending)
WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC
950 East Paces Ferry Rd., Suite 3000
Atlanta, GA 30326
(404) 876-2700
Fax: (404) 875-9433

*Attorneys for Defendant*

**BONINA & BONINA, P.C.**

By: /s/ Amy Insler
Amy Insler
16 Court Street, Suite 1800
Brooklyn, NY 11241
(718) 522-1786

*Attorneys for Plaintiff*

SO ORDERED: _____, 2008

_____
Hon. Colleen McMahon
United States District Judge

31597077.DOC

2