UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Cabrera                     Plaintiff,

                                                        7   cv  9935     ( CM )

         - against -
Boston Scientific Corporation    Defendant.             **ORDER FOR ADMISSION**
                                                        **PRO HAC VICE**
                                                        **ON WRITTEN MOTION**

Upon the motion of Angela R. Vicari   attorney for Boston Scientific Corporation
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ashley Parker Nichols |
| Firm Name: | Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC |
| Address: | 950 East Paces Ferry Road, Suite 3000 |
| City/State/Zip: | Atlanta, Georgia 30326 |
| Telephone/Fax: | (404) 832-9518 |
| Email Address: | (404) 875-9433 |

is admitted to practice pro hac vice as counsel for  Boston Scientific Corporation  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 8, 2008
City, State: New York, New York

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08