**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Juan Cabrera                                Plaintiff,

                                                    7   cv  9935      ( CM )

        - against -
Boston Scientific Corporation          Defendant.          **ORDER FOR ADMISSION**
                                                                                 **PRO HAC VICE**
                                                                                 **ON WRITTEN MOTION**

Upon the motion of  Angela R. Vicari        attorney for  Boston Scientific Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christopher T. Byrd |
| Firm Name: | Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC |
| Address: | 950 East Paces Ferry Road, Suite 3000 |
| City/State/Zip: | Atlanta, Georgia 30326 |
| Telephone/Fax: | (404) 832-9546 |
| Email Address: | (404) 875-9433 |

is admitted to practice pro hac vice as counsel for   Boston Scientific Corporation       in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated: August 8, 2008
City, State:   New York, new York

_____
United States District/Magistrate Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8|8|08___